UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODERRICK JONES (#634384)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-688-JWD-RLB** |
| **SANDY MCCAIN, ET AL.** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 19, 2022, (Doc. 12), to which an objection was filed and considered, (Doc. 13);

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>November 10, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**